11/14/2018                    United States District Court for the Western District of Kentucky



# Case Assignment
# Standard Civil Assignment

Case number **5:18CV-173-TBR**

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Assigned on 11/14/2018 3:29:39 PM
Transaction ID: 15498

[ Request New Judge ]   [ Return ]