**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NO. 5:18-CV-173-TBR**

CONNIE BUSHNELL                                                                                      PLAINTIFF

V.                               **AMENDED SCHEDULING ORDER**

MAXFUEL XPRESS                                                                                      DEFENDANT

A telephonic conference was held on May 10, 2019.

APPEARING BY PHONE:
For the Plaintiff:        Matthew P. Schultz
For the Defendant:   Harlan E. Judd, III

**IT IS ORDERED:**

(1) Docket #12 is **granted**. Matthew P. Schultz is now counsel of record for the plaintiff.

(2) Previously entered deadlines are **vacated**. The telephonic conference set on August 1, 2019, the final pretrial conference set on February 21, 2020, and the jury trial set on March 9, 2020 are **vacated/cancelled.**

(3) Disclosures pursuant to Fed.R.Civ.P. 26 (a)(1) shall be completed by **May 20, 2019.**

(4)  No later than **October 15, 2019** the parties shall file all motions to amend pleadings.

(5)  Identify experts in compliance with Fed.R.Civ.P.26(a)(2):
          By plaintiff(s):       **November 1, 2019**
          By defendant(s):   **December 1, 2019**

(6) No later than **October 1, 2019** the parties shall complete **fact discovery**. No later than **January 15, 2020** the parties shall complete **all discovery. Pursuant to 28 U.S.C. § 636(b)(l)(A) this matter is referred to Magistrate Judge Lanny King for ruling on all discovery motions.** No discovery motion may be filed without having a joint telephonic conference with the Judge arranged through his office (270-415-6470).

(7) A **telephonic status conference is set on October 1, 2019 at 9:30 a.m. Central. The Court shall place the call to counsel.**

(8)  No later than **February 15, 2020** counsel for the parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Fed.R.Evid. 702 and *Daubert v. Merrell Dow Pharmaceutical, Inc., 509 U.S. 579(1993), Kumho*

*Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  The party filing the last pleading in response to such motions shall notify the Court by email to his case manager Kelly_P_Harris@kywd.uscourts.gov, with copies to opposing counsel, that the motions are ripe for decision.

(9)  The action is scheduled for a **telephonic final pretrial conference on June 26, 2020 at 9:00 a.m. Central Time.**  The conference will be held telephonically, with the Court placing the call to counsel.  Attorneys who will be trying the case shall be available with full settlement authority.

(10)  **At least 28 days before the pretrial conference counsel shall**:

   a) Fully comply with Fed.R.Civ. Proc. 26(a)(3)(A) as it applies to witnesses and exhibit list production.
   b) Produce to opposing counsel, all exhibits and charts, marked for identification, which will be used at trial.
   c) Any objection to witnesses or exhibits must be filed within 7 days.
   d) File all motions in limine.  <u>Any response to a motion in limine must be filed within 7 days.</u>
   e) File a pretrial brief containing a succinct statement of the facts of the case, the questions of facts and questions of law with citations.
   f) Submit agreed proposed jury instructions.  If the parties cannot agree, counsel shall submit proposed instructions with supporting authority.
   g) Submit proposed jury voir dire questions. **The Court shall conduct voir dire**.
   h) Designate portions of depositions to be used at trial.  Opposing counsel shall have 7 days thereafter to make additional designations.

In the absence of good cause shown, no witness shall be permitted to testify and no exhibit or testimony shall be admitted into evidence, except upon compliance with the conditions of this order.

Any exhibit or chart so submitted and marked for filing at trial shall be admitted into evidence if otherwise probative, unless written objections are filed, as set forth in this order.

(11)  The action is assigned for trial by jury on the **7th** day of **July, 2020** at **9:00 a.m.**  Counsel shall appear in chambers at 8:30 a.m.

(12)  At the commencement of trial, counsel shall furnish to the official court reporter a list of pre-marked exhibits intended for use at the trial.

cc:  Counsel
     Magistrate Judge Lanny King
     Case Manager

*Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

May 15, 2019

P | 10