UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:18-CV-173-TBR

CONNIE BUSHNELL                                                                                          PLAINTIFF

V.                                                        **ORDER**

MAXFUEL XPRESS                                                                                          DEFENDANT

A telephonic conference was held on October 1, 2019.

Appearing for the call:

Matthew P. Schultz

Harlan E. Judd, III

**IT IS ORDERED.**

1) The motion to withdraw as attorney at Docket #14 is **granted**. Matthew P. Schultz is withdrawn as counsel for plaintiff Connie Bushnell and will no longer receive electronic notice regarding the case.

The Court notes that the exhibit and proposed order were omitted from the filing at Docket #14. The Court grants the motion.

2) Plaintiff, Connie Bushnell, is given 30 days to attempt to find new counsel.

3) A **telephonic status conference** is set **NOVEMBER 26, 2019 at 8:45 a.m. CDT. Counsel and plaintiff and/or counsel must call 1-877-848-7030** then give the **Access Code 2523122 and #, then when prompted press # again** to join the call.

If new counsel has been secured by the plaintiff, new counsel shall also join the call. If new counsel has not been secured, plaintiff and her daughter shall join the call.

4) The schedule remains as set at this time and shall be discussed on the November 26, 2019 telephonic conference.

5) The Clerk of Court shall mail a copy of Docket #14 to plaintiff, Connie Bushnell, with this order.

**IT IS SO ORDERED.**

cc:     Counsel
Mailed to:
Connie Bushnell
407 Tanglewood Court
Cornersville TN   37047

Jennifer Lindsey
720 Verona Avenue
Lewisburg TN   37091
931-447-1891
p/10

**Thomas B. Russell, Senior Judge**
**United States District Court**

October 21, 2019