**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:18-CV-173-TBR**

CONNIE BUSHNELL                                                                                                PLAINTIFF

V.                                                         **ORDER**

MAXFUEL XPRESS                                                                                                 DEFENDANT

A telephonic conference was held on November 26, 2019.

Appearing for the call:

No appearance for the plaintiff

Harlan E. Judd, III for the defendant

**IT IS ORDERED.**

1) By order dated October 21, 2019, the Plaintiff, Connie Bushnell, was given 30 days to attempt to find new counsel.  The Court mailed the Plaintiff, Connie Bushnell, and her daughter, Jennifer Lindsey a copy of the orders with this information, to each of their addresses they previously gave the court.   The order also set a call for today, November 26, 2019.

2) Plaintiff Connie Bushnell did not appear for the telephonic call on November 26, 2019, nor did plaintiff's daughter, Jennifer Lindsey, who is not a party to the case, but has been on previous calls.

3) A **telephonic status conference** is set **JANUARY 17, 2020 at 11:00 a.m. CDT.** Counsel  and plaintiff and/or counsel must call **1-877-848-7030** then give the **Access Code 2523122  and #, then when prompted press # again** to join the call.

4) The Clerk of Court shall mail a copy of today's order to plaintiff, Connie Bushnell, and to plaintiff's daughter, Jennifer Lindsey, at the below address.  A copy of the order shall also be emailed to justine3598@gmail.com.

5) **FAILURE TO APPEAR ON THE JANUARY 17, 2020 TELEPHONIC CONFERENCE MAY RESULT IN A DISMISSAL OF THE CASE.**

**IT IS SO ORDERED**.

cc:      Counsel

Mailed to:
Connie Bushnell
407 Tanglewood Court
Cornersville TN   37047

Jennifer Lindsey
720 Verona Avenue
Lewisburg TN   37091
931-447-1891

emailed to: justine3598@gmail.com
p/05

**Thomas B. Russell, Senior Judge**
**United States District Court**

November 27, 2019